UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>VANESSA GONZALES,<br>　　　　Defendant. | Case No.: 16CR0232-WQH<br><br>JUDGMENT and ORDER TO DISMISS INFORMATION WITHOUT PREJUDICE |

　　IT IS HEREBY ORDERED, for good cause shown, and upon motion of the United States, that the United States' Motion to Dismiss the Information without Prejudice is granted.

　　IT IS SO ORDERED.

Dated: April 15, 2016

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court